# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**MICHAEL ANDREW ROBINSON**,

        Plaintiff,

v.

**HOT GRABBA LEAF, LLC,**

        Defendant.

_____/

Civil Case No.: 0:19-cv-61614-DPG

**DECLARATION OF BRYAN WILSON IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT**

I, Bryan Wilson, being sworn, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could testify competently thereto. I make this declaration in support of my Motion to Vacate the Clerk's Default Judgment and Vacate the Final Judgment.

2. I am the sole managing member and owner of the defendant Hot Grabba Leaf, LLC ("Hot Grabba Leaf").

3. From **June 2019 through early October 2019**, I was traveling out of the United States to promote Hot Grabba Leaf's business.

4. Before traveling out of the United States beginning in **June 2019**, I had previously arranged for Hot Grabba Leaf's business offices to be moved in **July 2019** from 45 Hempstead Turnpike, West Hempstead, NY 11552 ("the old West Hempstead address") to a new office address located at 49C N. Franklin Street, Hempstead, New York, 11550.

5. After I moved the offices of Hot Grabba Leaf to the new offices located in Hempstead, New York, I had no access to any mail or packages left at the old West Hempstead address because I was no longer a tenant in that building. When I arranged for the move, I was not aware that the building would refuse to give me mail addressed to my company that was still delivered there after my move.

6. In **July 2019**, while I was out of the country, I instructed my bookkeeper/CPA firm to change the old West Hempstead address for Hot Grabba Leaf to the new address located at 49C N. Franklin Street, Hempstead, New York, 11550. I intended that the change of the business address for Hot Grabba Leaf to be made by the bookkeeper/CPA firm would be made everywhere a change in address is required to be made for business purposes.

7. I discovered much later on **August 31, 2020**, that my bookkeeper/CPA firm did indeed change the old West Hempstead address for Hot Grabba Leaf with the Internal Revenue Service, but inadvertently failed to change for business purposes the old West Hempstead address for Hot Grabba Leaf on file with the New York State Secretary of State.

8. As a result, my new business address for Hot Grabba Leaf located in Hempstead, New York was not changed in July 2019 with the New York State Secretary of State. I understand from my lawyers that the plaintiff in this case served my company by providing a copy of the summons and complaint to the New York State Secretary of State. I never received a copy and was not aware of this service. I never received service

of process because my bookkeeper / CPA inadvertently failed to update my address on file with the New York State Secretary of State.

9. Hot Grabba Leaf's old West Hempstead address for the company had not been updated in **July 2019** as I had requested of my bookkeeper and as I had expected.

10. I did not learn until more than a year later, on **Monday, August 31, 2020**, that Hot Grabba Leaf had been served on **September 25, 2019,** with the summons and complaint for this lawsuit at the old West Hempstead address on file with the New York State Secretary of State.

11. Because the summons and complaint were served on Hot Grabba Leaf at the old West Hempstead address, Hot Grabba Leaf never received the summons and complaint.

12. The plaintiff here, Michael Robinson, had filed a proceeding against Hot Grabba Leaf before the Trademark Trial and Appeal Board ("TTAB"). Hot Grabba Leaf was represented in the TTAB Proceedings by counsel, Mr. Daniel A. Teslar of Medley, Massachusetts.

13. Hot Grabba Leaf prevailed in the TTAB action.

14. After Hot Grabba Leaf had prevailed, I mistakenly thought that would be the end of Plaintiff Michael Robinson's attack on Hot Grabba Leaf's trademark registration No. 4,263,417.

15. On Friday, August 28, 2020, I received a notice from the U.S. Trademark Office that my trademark Registration No. 4,263,417 had been cancelled. I was shocked to receive this notice.

16. On Friday, August 28, 2020, I immediately contacted Mr. Teslar, who had represented Hot Grabba Leaf in the TTAB Proceedings and asked for advice. He advised me to obtain a Florida lawyer.

17. Mr. Teslar is not located in Florida, not admitted to the court in Florida, not trained in litigation, and not admitted in a federal district court; therefore Mr. Teslar said he could not represent me.

18. On Monday, August 31, 2020, I started looking for Florida counsel to represent me in this Florida litigation, and was referred to and retained my current Florida counsel.

19. On Monday August 31, 2020, in the course of looking for Florida counsel to represent me in this matter, I learned that this lawsuit had been filed against Hot Grabba Leaf on June 27, 2019 [Dkt 1, Complaint filed].

20. On Monday August 31, 2020, I also learned for the first time that the Plaintiff Robinson had served Hot Grabba Leaf by providing a copy of the summons and complaint with the New York State Secretary of State's Office. [Dkt 14, Summons (Affidavit)]

21. On Monday, August 31, 2020, I discovered for the first time that Hot Grabba Leaf had been served on September 25, 2019, with the summons and complaint in this lawsuit at the old West Hempstead address located at 45 Hempstead Turnpike, West Hempstead, NY 11552.

22. On Monday, August 31, 2020, I also discovered for the first time that Hot Grabba Leaf business address on file with the New York State Secretary of State was the old West Hempstead address for Hot Grabba Leaf, and that the old West Hempstead address had not been updated in July 2019 as I had requested of my bookkeeper/CPA and as I had expected.

23. On Monday, August 31, 2020, I further also learned for the very first time that on December 17, 2019, a default judgment (Dkt. 25) had issued against Hot Grabba Leaf.

24. On the advice of my current Florida counsel, Victoria E. Brieant, in September 2020, I changed the business address for Hot Grabba Leaf with the New York State Secretary of State's Division of Corporation, to reflect the current business address of Hot Grabba Leaf as 49C N. Franklin Street, Hempstead, New York, 11550.

25. After I learned of the default judgment (Dkt. 25), I contacted my former bookkeeper / CPA firm and asked why Hot Grabba Leaf's address had not been changed with the New York State Secretary of State Division of Corporation's database. They told me that they had changed my address with the Internal Revenue Service, but had inadvertently overlooked changing it with the New York State Secretary of State Division. I now longer work with this firm and they are reluctant to submit a declaration explaining

///

the oversight that led to my having an out-of-date address on file for service of process through the New York State Office of the Secretary of State.

SWORN TO UNDER THE PAINS AND PENALTIES OF THE LAWS OF THE UNITED STATES OF AMERICA. EXECUTED THIS 5TH DAY OF NOVEMBER 2020, AT KINGSTON, JAMAICA.

By: _____
Bryan Wilson