# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**MICHAEL ANDREW ROBINSON,**

       Plaintiff,

v.

**HOT GRABBA LEAF, LLC**,

       Defendant.

_____/

Civil Case No.: 0:19-cv-61614-DPG

**DECLARATION OF DANIEL A. TESLER IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT**

I, Daniel A. Tesler, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could testify competently thereto. I make this declaration in support of Defendant's Motion to Vacate the Clerk's Default Judgment and Vacate the Final Judgment.

2. I am an attorney and member of the Massachusetts Bar.

3. My office address is 137 Cabot Street, Beverly, MA 01915.

4. I once represented Defendant Hot Grabba Leaf, LLC in a trademark proceeding before the Trademark Trial and Appeal Board ("TTAB"), where Plaintiff Michael Andrew Robinson had filed for cancellation of Defendant's trademark Registration No. 4,263,417 for "HOT GRABBA NATURAL TOBACCO LEAF," in standard character format, for "leaf tobacco," in International Class 34 (disclaiming the exclusive right to use "GRABBA NATURAL TOBACCO.")

5. My former client Defendant Hot Grabba Leaf, LLC prevailed in the trademark cancellation proceeding.

6. On July 13, 2019 I received an e-mail from Mr. Louis R. Gigliotti, Esq., asking if I was going to represent Defendant Hot Grabba Leaf LLC in an appeal of the trademark cancellation proceeding to the federal court for the Southern District of Florida.

7. A copy of the July 13, 2019 e-mail is attached as Exhibit I.

8. On July 15, 2019 I sent Mr. Gigliotti an e-mail informing him that I wan not going to represent Defendant Hot Grabba Leaf LLC for litigation in the federal court for the Southern District of Florida.

9. A copy of the July 15, 2019 is attached as Exhibit II.

10. I could not represent Defendant Hot Grabba Leaf LLC in the Florida litigation because I was not competent to litigate on behalf of Defendant Hot Grabba Leaf LLC.

11. I am not admitted to the Florida Bar.

12. I am not admitted to litigate in any federal district court.

SWORN TO UNDER THE PAINS AND PENALTIES OF THE LAWS OF THE UNITED STATES OF AMERICA. EXECUTED THIS 9TH DAY OF DECEMBER 2020, AT BEVERLY, MASSACHUSETTS.

By. _____
Daniel A. Tesler